To United States District Judge: J. PHIL GILBERT

Dear J. PHIL GILBERT, my name is Jeffrey L. Ruckel, and I'm writing to you in regards to an order you signed dismissing my Post-Judgment Amended Complaint that was hand-delivered to the court on March 9th, 2020. I know the amended complaint was due on or before February 27th, 2020.

In all due respect your Honor, my dead line that was not met on February 27th, 2020 was out of my hands, and did not know that my dead line was missed until the 9th of March 2020.

I had ATTORNEY WILLIAM MILLER IV who said that he would represet me on my civil suit took all my paperwork from me on February 3rd 2020, and did not see or talk to him again until the 9th of March 2020. Now on March 9th 2020 William Miller IV came and seen me here at the Madison County Jail where I'm being detained on criminal charges that he is also representing me on, and at that time I asked Mr. Miller IV if he filed my Amended Complaint on time, and at that time he told me know (NO). He had me sign a blank complaint paper and told me he would fill it out immediately and get it to the courts. At that time I asked Mr. Miller IV

If the courts would except the Amended Complaint being 11 day past the due date, and at that time he told me yes.

I'm now asking the courts if they would Please reconsider there Decison to Dismiss and Please allow me to continue forward with my Civil suit? I have since fired Mr. WILLIAM MILLER IV, and now seeking help from the federal Courts to help me with legal consul to help me move forward.

Honorable J. PHIL GILBERT, I am asking you to Please reopen my case 3:19-cv-01149-JPG for it was not my fault that my dead line was not met.

Sincerely;
Date: 3-16-2020

Jeffrey L. Ruckel

Jeffrey L. Ruckel #20501

Jeffrey L. Ruckel #20501
405 Randle St.
Edwardsville, IL. 62025

Jeffrey L. Ruckel #20501
105 Randle St.
Edwardsville, IL.
62025

MAIL CLEARED
US MARSHALS

SAINT LOUIS MO 630
18 MAR 2020 PM 9

"LEGAL"
MaIL

United States District Court
ATTN: Honorable Judge J. PHIL GILBERT
750 Missouri Ave.
EAST ST. LOUIS, IL.
62201

"LEGAL"
MaIL

62201-295429

RECEIVED

MAR 1 9 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE



RECEIVED
MAR 1 8 2020
MADISON COUNTY JAIL


FSC
MIX
Envelope
FSC® C137131


THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016