IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY L. RUCKEL, #20501 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:19-cv-01149 |
| ) | |
| COLLINSVILLE, IL POLICE DEPT., ) | |
| LT. JOHN DOE, and ) | |
| CITY OF COLLINSVILLE, IL ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Plaintiff Jeffrey Ruckel gives notice that he appeals this Court's March 5 and March 10, 2020, orders and judgment against him, including the Court's January 30, 2020, order, as to all defendants, to the United States Court of Appeals for the Seventh Circuit.

Date: March 16th 2020

Respectfully submitted,

Jeffrey L. Ruckel
Jeffrey L. Ruckel, #20501
Madison County Jail
405 Randle Street
Edwardsville, IL 62025

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this Notice of Appeal was delivered to prison authorities with a pre-paid postage stamp for mailing to the U.S. District Court for the Southern District of Illinois on March 17th 2020

Respectfully,

Jeffrey L. Ruckel
Jeffrey L. Ruckel, #20501
Madison County Jail
405 Randle Street
Edwardsville, IL 62025

Jeffrey Ruckel #20501
405 Randle St.
Edwardsville, IL.
62025

United States District Court
ATTN: Clerks Office
750 Missouri Ave.
East St. Louis, IL.
62201

"LEGAL MAIL"

"LEGAL MAIL"

RECEIVED

MAR 2 6 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE





RECEIVED MAR 17 2020
MADISON COUNTY JAIL

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016