# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

March 26, 2020

**To:**   Margaret M. Robertie
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 20-1496
>
> Caption:
> JEFFREY L. RUCKEL,
> Plaintiff - Appellant
>
> v.
>
> COLLINSVILLE, ILLINOIS, A Municipal Corporation, et al.,
> Defendants - Appellees
>
> ---
>
> District Court No: 3:19-cv-01149-JPG
> District Judge J. Phil Gilbert
> Clerk/Agency Rep Margaret M. Robertie
>
> Date NOA filed in District Court: 03/26/2020

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)